UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SIYESHA FULWOOD,

    Plaintiff(s),

v.        CASE NO: 8:09-CV-378-T-30EAJ

CAPITAL ONE AUTO FINANCE, INC.,
et al.,

    Defendant(s).
_____/

## ORDER OF DISMISSAL

Plaintiff(s) has/have failed to show cause, in writing, why this action should not be dismissed for lack of service pursuant to Rule 4(m), Fed. R. Civ. P., in accordance with this Court's Order to Show Cause (Dkt. #4) entered on July 15, 2009. It is therefore

**ORDERED AND ADJUDGED** as follows:

1.    This cause is dismissed without prejudice.

2.    All pending motions are denied as moot.

3.    The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on August 5, 2009.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to**:
Counsel/Parties of Record

*F:\Docs\2009\09-cv-378.dismissal.wpd*